McGREGOR W. SCOTT
United States Attorney
MARIANNE A. PANSA
Assistant U.S. Attorney
Federal Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1: 06-CR-00026 AWI |
| Plaintiff, | ) ) | STIPULATION TO CONTINUE HEARING |
| v. | ) ) | |
| JUAN CARLOS VILLA, | ) ) ) | |
| Defendant. | ) ) | |

The parties herein, through their respective counsel, hereby agree and stipulate that the hearing currently set for March 13, 2006 at 9 a.m. be continued to April 03, 2006 at 9 a.m.

The parties stipulate that time be excluded pursuant to 18 U.S.C. §3161(h)(i)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i).

DATED: March 08, 2006                           McGREGOR W. SCOTT
                                                United States Attorney

                                                By : /s/ Marianne A. Pansa

                                                MARIANNE A. PANSA
                                                Assistant U.S. Attorney


DATED: March 08, 2006                           /s/ Carrie S. Leonetti
                                                CARRIE S. LEONETTI
                                                Attorney for Juan Carlos Villa

### ORDER

IT IS HEREBY ORDERED THAT the hearing date currently set for March 13, 2006 at 9 a.m. be continued to April 03, 2006 at 9 a.m.

IT IS SO ORDERED.

**Dated:  March 8, 2006**              /s/ Anthony W. Ishii
0m8i78                                 UNITED STATES DISTRICT JUDGE