DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
CARRIE LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUAN CARLOS VILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:06-cr-0026 AWI |
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS |
| v. | ) ) | CONFERENCE HEARING; AND ORDER THEREON |
| JUAN CARLOS VILLA, | ) ) | DATE : April 24, 2006 |
| Defendant. | ) ) | TIME : 9:00 a.m. |
| _____ | ) | DEPT : Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective

attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled

for April 3, 2006, may be continued to **April 24, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of

justice, including but not limited to, the need for the period of time set forth herein for further plea

///

///

///

///

///

///

///

1   negotiations pursuant to 18 U.S.C. §3161(h)(8)(A).

2          DATED:  March 28, 2006                 McGREGOR W. SCOTT
                                                  United States Attorney
3

4                                                 /s/ Marianne A. Pansa
5                                                 MARIANNE A. PANSA
                                                  Assistant U.S. Attorney
6                                                 Attorney for Plaintiff

7

8          DATED:  March 28, 2005                 DANIEL J. BRODERICK
                                                  Acting Federal Defender
9

10

11                                                /s/ Carrie S. Leonetti
                                                  CARRIE S. LEONETTI
12                                                Assistant Federal Defender
                                                  Attorney for Defendant
13

14

15                                      **O R D E R**

16

17  IT IS SO ORDERED.

18  **Dated:    March 28, 2006**              **/s/ Anthony W. Ishii**
    0m8i78                                  UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference        2