```
 1  DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
 2  CARRIE LEONETTI, Maryland Bar
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  JUAN CARLOS VILLA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:06-cr-0026 AWI |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| JUAN CARLOS VILLA, | ) |
| Defendant. | ) DATE : May 1, 2006<br>) TIME : 9:00 a.m.<br>) DEPT : Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for April 24, 2006, may be continued to **May 1, 2006 at 9:00 a.m.**

The continuance sought is at the request of defense counsel to allow her client additional time to consider a plea offer.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further plea

///

///

///

///

///

negotiations pursuant to 18 U.S.C. §3161(h)(8)(A).

DATED:  April 19, 2006         McGREGOR W. SCOTT
                               United States Attorney


                               /s/ Marianne A. Pansa
                               MARIANNE A. PANSA
                               Assistant U.S. Attorney
                               Attorney for Plaintiff


DATED:  April 19, 2006         DANIEL J. BRODERICK
                               Acting Federal Defender


                               /s/ Carrie S. Leonetti
                               CARRIE S. LEONETTI
                               Assistant Federal Defender
                               Attorney for Defendant


**O R D E R**

`     IT IS SO ORDERED.

**Dated:   April 19, 2006**         /s/ **Anthony W. Ishii**
0m8i78                              UNITED STATES DISTRICT JUDGE